[No. 26736-1-I.   Division One.   June 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARMEN DENISE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01361-4, Richard M. Ishikawa, J., entered August 7, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Baker and Kennedy, JJ.

[No. 27438-4-I.   Division One.   June 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM NATHANIEL JIMMERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01949-3, James A. Noe, J., entered November 21, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Kennedy, JJ.

[No. 24741-7-I.   Division One.   June 8, 1992.]

JAMES D. FOSTER, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-00144-8, Nancy A. Holman, J., entered August 4, 1989. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Baker, JJ.

[No. 11201-2-III.   Division Three.   June 9, 1992.]

EDNA M. MILLER, *Respondent*, v. MARVIN L. DYE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-2-00765-8, Fred R. Staples, J., entered November 8, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.